STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

06-1429
consolidated with 06-1282


JUANITA THIBODEAUX, ET AL.

VERSUS

CONOCO PHILLIPS CO., ET AL.


************

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT,
PARISH OF CALCASIEU, NO. 2003-0481,
HONORABLE WILFORD D. CARTER, DISTRICT JUDGE

************

MICHAEL G. SULLIVAN
JUDGE

************

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Oswald A. Decuir, and
Michael G. Sullivan, Judges.


APPEAL DISMISSED.

Randall A. Smith
Smith & Fawer, L.L.C.
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana  70170
(504) 525-2200
Counsel for Appellants:
        Douglas M. Schmidt
        Peter Borstell
        Law Offices of Douglas M. Schmidt, APLC
        Douglas M. Schmidt, APLC

Allen L. Smith, Jr.
Plauche, Smith & Nieset
Post Office Box 1705
Lake Charles, Louisiana  70602
(337) 436-0522
Counsel for Appellee:
        Patrick A. Juneau, Jr., Special Master

**Richard F. Zimmerman, Jr.**
**Jennifer A. Hataway**
**Kantrow, Spaht, Weaver, & Blitzer**
**Post Office Box 2997**
**Baton Rouge, Louisiana  70821-2997**
**(225) 383-4703**
**Counsel for Appellees:**
>        **Plaintiffs' Steering Committee**
>        **Robert H. Schmolke**
>        **Calvin C. Fayard, Jr.**
>        **Drew A. Ranier**

SULLIVAN, Judge.

For the reasons discussed in the companion case in this consolidated matter, *Thibodeaux v. Conoco Phillips Co.,* 06-1282 (La.App. 3 Cir. __/__/07), _____ So.2d_____, this appeal is dismissed.  Costs of this appeal are assessed to Appellants.

**AFFIRMED.**